FILED

DEC 1 9 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:19CR1050 JAR/JMB |
| SEAN ROYSTER AND JEFFERY OREGIS WILLIAMS, | ) ) ) |
| Defendants. | ) ) |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

(Aggravated Identity Theft)

On or about December 3, 2019, in the Eastern District of Missouri, the defendant,

**SEAN ROYSTER,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the account number of E.T., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2); mail fraud, Title 18, United States Code, Section 1341; wire fraud, Title 18, United States Code, Section 1343; and, bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Sections 1028A and 2.

1

## COUNT 2

(Aggravated Identity Theft)

On or about December 4, 2019, in the Eastern District of Missouri, the defendant,

**JEFFERY OREGIS WILLIAMS,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the account number of E.T., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2); mail fraud, Title 18, United States Code, Section 1341; wire fraud, Title 18, United States Code, Section 1343; and, bank fraud, Title 18, United States Code, Sections 1344 and 2.

In violation of Title 18, United States Code, Section 1028A and 2.

## COUNT 3

(Access Device Fraud)

Between on or about November 29, 2019 and December 4, 2019, within the Eastern District of Missouri, the defendants,

**SEAN ROYSTER
AND
JEFFERY OREGIS WILLIAMS,**

in a matter affecting interstate commerce, did knowingly and with intent to defraud, use, and attempt to use, unauthorized access devices, that is: an access device fraudulently issued by Synchrony Bank to acquire prepaid debit cards and merchandise with an aggregate value exceeding $1,000.00.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

### COUNT 4

(Possession of Stolen Mail Matter)

On or about December 4, 2019, within the Eastern District of Missouri, the defendants,

**SEAN ROYSTER
AND
JEFFERY OREGIS WILLIAMS,**

did receive, conceal, and unlawfully have in their possession mail which had been stolen and taken from a mail route and mail carrier, then knowing the articles to have been stolen and taken.

In violation of Title 18, United States Code, Sections 1708 and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney